IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATIONS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HOLCOMB, et al., <br><br> Defendants. | Case No. 1:19-cv-00086-RLY-MJD |

**DEFENDANTS' JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Eric Holcomb, individually and in his capacity as Governor of the State of Indiana; Joe McGuinness, individually and in his capacity as Commissioner of the Indiana Department of Transportation; the Indiana Finance Authority ("IFA"); Dan Huge, individually and in his capacity as Indiana Public Finance Director; Micah G. Vincent, Kelly Mitchell, Owen B. Melton, Jr., Harry F. McNaught, Jr., and Rudy Yakym III, individually and in their capacities as members of IFA; and ITR Concession Company, LLC ("ITRCC") (collectively, "Defendants"), respectfully move the Court to dismiss the Complaint for failure to state a claim upon which relief can be granted.

The Complaint alleges that ITRCC's tolls violate the Commerce Clause and the Privileges and Immunities Clauses of Article IV and the Fourteenth Amendment. As explained in Defendants' brief in support of this motion, the Court should dismiss Plaintiffs' Commerce Clause claims because the dormant Commerce Clause does not apply to Indiana's tolls under the market-participant doctrine. And even if the Commerce Clause applied here, ITRCC's tolls neither unduly

burden nor discriminate against interstate commerce.  The Court should dismiss Plaintiffs' Privileges and Immunities claims because Plaintiffs lack standing to raise these claims and the claims fail on their merits.  Finally, Plaintiffs' claims against the individual Defendants in their personal capacities should be dismissed under the doctrine of qualified immunity.

For these reasons and those in the accompanying brief in support of this motion, Defendants respectfully request that the Court grant this motion and dismiss the Complaint.

Dated:  March 4, 2019                                                         Respectfully submitted,

| | |
|---|---|
| /s/ *Mark J. Crandley* | /s/ *Thomas M. Fisher* |
| Mark J. Crandley, #22321-53 | Curtis T. Hill, Jr. |
| John R. Maley, #14300-89 |   Attorney General |
| BARNES & THORNBURG LLP | Thomas M. Fisher |
| 11 S. Meridian Street |   Solicitor General |
| Indianapolis, IN 46204 | Kian J. Hudson* |
| Telephone:  (317) 236-1313 |   Deputy Solicitor General |
| Facsimile:  (317) 231-7433 | Jefferson S. Garn |
| mark.crandley@btlaw.com | Zachary D. Price |
| john.maley@btlaw.com |   Deputy Attorneys General |
| | OFFICE OF THE INDIANA ATTORNEY GENERAL |
| | 302 West Washington Street |
| | Indiana Government Center South, Fifth Floor |
| | Indianapolis, IN 46204 |
| | Telephone: (317) 232-6255 |
| | Facsimile: (317) 232-7979 |
| | tom.fisher@atg.in.gov |
| | kian.hudson@atg.in.gov |
| | jefferson.garn@atg.in.gov |
| | zachary.price@atg.in.gov |
| | *application for admission pending* |
| | |
| *Attorneys for the Indiana Finance Authority, Dan Huge, Micah G. Vincent, Kelly Mitchell, Owen B. Melton, Jr., Harry F. McNaught, Jr., and Rudy Yakym III* | *Attorneys for Governor Eric Holcomb and Commissioner Joe McGuinness* |

| | |
|---|---|
| A. Scott Chinn, #17903-49<br>Anne K. Ricchiuto, #25760-49<br>Stephanie L. Boxell, #31234-49<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1750<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>scott.chinn@faegrebd.com<br>anne.ricchiuto@faegrebd.com<br>stephanie.boxell@faegrebd.com | */s/ Miguel A. Estrada*<br>Miguel A. Estrada\*<br>Matthew S. Rozen\*<br>Matt Gregory\*<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 530-9616<br>mestrada@gibsondunn.com<br>mrozen@gibsondunn.com<br>mgregory@gibsondunn.com<br>*\* admitted pro hac vice* |

*Attorneys for ITR Concession Company LLC*

## CERTIFICATE OF SERVICE

I, Miguel A. Estrada, an attorney for Defendant ITR Concession Company LLC, hereby certify that on this 4th day of March, 2019, I caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of Indiana on all parties registered for CM/ECF in the above-captioned matter.

/s/ *Miguel A. Estrada*
Miguel A. Estrada*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9616
mestrada@gibsondunn.com
* *admitted pro hac vice*