UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., CHUTKA TRUCKING LLC, MARK ELROD, B. L. REEVER TRANSPORT, INC., DAVID JUNGEBLUT, and WILLIE W KAMINSKI, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-00086-RLY-MJD |
| ERIC HOLCOMB, individually and in his capacity as Governor of the State of Indiana, JOE MCGUINNESS, individually and in his capacity as Commissioner of the Indiana Department of Transportation, THE INDIANA FINANCE AUTHORITY, DAN HUGE, individually and in his capacity as Indiana Public Finance Director, MICAH G. VINCENT, individually and in his capacity as a member of the Indiana Finance Authority, KELLY MITCHELL, individually and in her capacity as a member of the Indiana Finance Authority, OWEN B. MELTON, JR., individually and in his capacity as a member of the Indiana Finance Authority, HARRY F. MCNAUGHT, JR., individually and in his capacity as a member of the Indiana Finance Authority, RUDY YAKYM, III, individually and in his capacity as a member of the Indiana Finance Authority, and ITR CONCESSION COMPANY LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

## FINAL JUDGMENT

Today, the court granted the Defendants' Joint Motion to Dismiss for Failure to State a Claim with prejudice. Therefore, the court enters final judgment in favor of the Defendants and against the Plaintiffs.

**SO ORDERED** this 10th day of March 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/ Dina M. Dafe
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.